UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUIS FERNANDO OLMOS RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH MCDONALD, JR., Sheriff, Plymouth County; PATRICIA HYDE, ICE Field Office Director; MICHAEL KROL, HSI New England Special Agent in Charge; TODD LYONS, Acting Director, U.S. Immigrations and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>Respondents. | Civil Action No. 1:25-cv-11514-DJC |

## PETITIONER'S NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(A)

Pursuant to F.R.C.P. 41(a)(1)(A)(i), petitioner Luis Fernando Olmos Ramirez, who was released from physical custody on June 10, 2025, voluntarily dismisses this action.

Respectfully submitted,

**LUIS FERNANDO OLMOS RAMIREZ**,

By his attorney,

/s/ Benjamin B. Tymann
Benjamin B. Tymann
BBO # 652011
Tymann, Davis & Duffy, LLP
45 Bromfield Street, 6th Floor
Boston, MA 02108
Tel. 617.933.9490

Dated: June 11, 2025

1

## CERTIFICATE OF SERVICE

      I, Benjamin B. Tymann, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

| | |
|---|---|
| Dated: June 11, 2025 | By: _/s/ Benjamin B. Tymann_<br>Benjamin B. Tymann |